PARTRIDGE v. WOOTON.

(Court of Civil Appeals of Texas. Ft. Worth. Dec. 19, 1908.)

APPEAL AND ERROR (§ 80*)—JUDGMENTS APPEALABLE—FINAL JUDGMENT.
A judgment not disposing of appellant's cross-plea for damages is not final, and is not appealable.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 494–509; Dec. Dig. § 80.*]

Appeal from Haskell County Court; Joe Irby, Judge.

Action by J. E. Wooton against James Partridge. From a judgment for plaintiff, defendant appeals. Dismissed.

See, also, 137 S. W. infra.

Helton & Murchison and Thomason & Thomason, for appellant. James Partridge, H. G. McConnell, and Gordon B. McGuire, for appellee.

SPEER, J. The judgment attempted to be appealed from does not in any manner dispose of appellant's cross-plea for damages, and is therefore not such final judgment as will support the appeal. Riddle v. Bearden, 36 Tex. Civ. App. 97, 80 S. W. 1061; Van Chapman v. Warden, No. 5,324 in this court (memorandum opinion, not for publication).

Appeal dismissed at appellant's cost.